**Order entered April 14, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00682-CV

**RUBEN MONREAL, Appellant**

**V.**

**BRUCE ALAN DOTSY D/B/A DOTSY TRUCKING SERVICE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02331-D**

## ORDER

We **GRANT** appellee's April 10, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **MAY 20, 2015**. We caution appellee that no further extension of time will be granted absented extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE